IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
MAY 09 2016
Clerk, U S District Court
District Of Montana
Missoula

| | |
|---|---|
| UNITED STATES OF AMERICA, | PO-16-5029-M-JCL |
| Plaintiff, | CVB Violation No:<br>1149590, 1149592, 1149594, 1149596,<br>1149598, 1149600, 1959027, 1959029 |
| vs. | |
| LEVI LEONARD OJA, | ORDER DISMISSING<br>AND VACATING TRIAL |
| Defendant. | |

The United States of America has moved to dismiss with prejudice citations 1149590, 1149592, 1149596, 1149598, 1149600, 1959027, and 1959029 and vacate the bench trial currently scheduled for May 10, 2016, in the above matter. On May 6, 2016, the government reached an agreement with the defendant for a reduced collateral payment for violation 1149594, disturbing, injuring, destroying or attempting to disturb any animal on a National Wildlife Refuge. Accordingly,

IT IS ORDERED that citations 1149590, 1149592, 1149596, 1149598, 1149600, 1959027, and 1959029 are **DISMISSED** with prejudice.

IT IS FURTHER ORDERED that the trial set for May 10, 2016 at 3:30 p.m. is **VACATED**.

The Clerk of Court is directed to forward a copy of this order to the U.S. Attorney's Office, the Defendant, and to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549. CVB is directed to enter **NC** as the

ORDER DISMISSING AND
VACATING TRIAL                1

disposition code in this matter for citations 1149590, 1149592, 1149596, 1149598, 1149600, 1959027, and 1959029. CVB shall enter **PE** for citation 1149594 with the order to follow.

DATED this 9th day of May, 2016.

Jeremiah C. Lynch
United States Magistrate Judge

c: USA
Def/Atty
CVB